# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIDUAN BIN ISOMUDDIN HAMBALI,<br><br>Petitioner,<br><br>v.<br><br>BARACK OBAMA, et al.,<br><br>Respondents. | Civil Action No. 10-0407 (JDB) |

## ORDER

Upon consideration of [46] Respondents' Motion for Leave to Deposit Exculpatory Information with the Classified Information Security Officer ("CISO") Pending Resolution of Counsel-Authorization Issues, and the entire record herein, it is hereby

**ORDERED** that Respondents' motion is **GRANTED**. Respondents are not required to disclose classified information to Petitioner's counsel pursuant to Section I.D.1 of the Case Management Order until such time as either (1) Petitioner's counsel can confirm that they are authorized by Petitioner to represent him in this matter and will continue to do so, or (2) Petitioner's current counsel are replaced by substitute counsel. It is further

**ORDERED** that Respondents shall deposit classified material responsive to Section I.D.1 of the Case Management Order with the CISO by not later than September 28, 2012; and it is further

**ORDERED** that upon either (1) receiving confirmation from Petitioner's counsel that they are authorized by Petitioner to represent him in this matter and will continue to do so, or (2) substitute counsel's entry of an appearance and compliance with the additional requirements under the protective order in this case for access to classified information, Respondents shall

inform the CISO that the classified material can be produced to Petitioner's authorized counsel, at

which time the CISO shall transfer the classified material to the Secure Facility.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated: September 28, 2012